UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:24-cv-60087-AHS

**JOHN GOLDSTEIN,**

    **Plaintiff,**

v.

**EXPERIAN INFORMATION
SOLUTIONS INC., TRANS UNION LLC,
VANCE AND HUFFMAN, LLC,**

    **Defendants.**
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT
EXPERIAN INFORMATION SOLUTIONS INC.**

Plaintiff John Goldstein, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *with* Prejudice as to Defendant Experian Information Solutions Inc. ("Experian") in the above-styled action. Defendant Experian has not filed an answer or a motion for summary judgment in this proceeding.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

Dated: May 1, 2024

    Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail: jen@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 1, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

  /s/ Gerald D. Lane Jr.
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677