**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:24-cv-60087-AHS**

**JOHN GOLDSTEIN,**

     **Plaintiff,**

**v.**

**EXPERIAN INFORMATION**
**SOLUTIONS INC., TRANS UNION LLC,**
**VANCE AND HUFFMAN, LLC,**

     **Defendants.**

_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO**
**DEFENDANT TRANS UNION LLC**

     Plaintiff John Goldstein and Defendant Trans Union LLC, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *with* Prejudice as to Defendant Trans Union LLC ("Trans Union") in the above-styled action. Plaintiff and Defendant Trans Union shall each bear their own attorneys' fees and costs. All parties that have appeared have reviewed this stipulation.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: June 14, 2024

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

By: */s/ Charlotte Ann Long*
Charlotte Ann Long, Esq.
Florida Bar No. 112517
Trans Union LLC
555 W. Adams Street
469-578-1464
Email: Charlotte.Long@transunion.com

*Attorney for Trans Union LLC*

By: Justin Steven Maya
Justin Steven Maya, Esq.
Florida Bar No. 126087
Cole, Scott, Kissane P.A.
9150 S. Dadeland Blvd
Suite 1400
Miami, FL 33156
7862686752
Email: justin.maya@csklegal.com

*Attorney for Vance and Huffman, LLC*

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on June 14, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>  /s/ Gerald D. Lane Jr.</u>

**GERALD D. LANE, JR., ESQ.**

Florida Bar No.: 1044677