UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60087-CIV-SINGHAL

JOHN GOLDSTEIN,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC.
*et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court on Plaintiff John Goldstein's Notice of Acceptance of Offer of Judgment (DE [51]), which attaches Defendant Vance and Huffman's ("Defendant") Offer of Judgment to Plaintiff, which Plaintiff accepted. The Court enters this final judgment pursuant to Federal Rules of Civil Procedure 58(a) and 68(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in favor of Plaintiff John Goldstein and against Defendant Vance and Huffman, LLC, in the amount of $100.00 in satisfaction of all claims in this action, for which let execution issue forthwith.

2. Entry into the consent judgment shall not be construed as an admission of any liability by or on behalf of Defendant or that Plaintiff has suffered any damages, but, instead, that the consent judgment is being taken by the parties in order to avoid further litigation.

3. No party shall be deemed a "prevailing party" or like term pursuant to any contract or agreement, state or federal statute, or other statute, regulation or law.

4. All claims for costs or punitive damages are extinguished in line with the terms of the Offer of Judgment.

5. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

6. To the extent not otherwise disposed of, all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of June 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF